| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Karin Kramer (Bar No. 87346) |
| 2 | karinkramer@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Attorneys for PFIZER INC. |
| 6 | |
| 7 | LOPEZ MCHUGH LLP |
| | Matthew Ramon Lopez (Bar No. 263134) |
| 8 | mlopez@lopezmchugh.com |
| | 100 Bayview Circle, Suite 5600 |
| 9 | Newport Beach, California 92660 |
| | Telephone: (949) 737-1501 |
| 10 | Facsimile: (949) 737-1504 |
| 11 | Attorneys for PLAINTIFF |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RENEE H. MOODY, | ) | CASE NO.: 4:13-cv-04760-SBA |
| Plaintiff, | ) | |
| v. | ) | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| PFIZER, INC.; and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

Defendant Pfizer Inc. ("Pfizer") and Plaintiff Renee H. Moody ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree as follows:

03482.62804/5711255.1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1     WHEREAS, on January 14, 2014, the Court continued the Telephonic Case Management
2  Conference, previously set for January 16, 2014, to January 30, 2014, at 2:45 pm;
3     WHEREAS, as currently scheduled, counsel for Pfizer has a conflict on January 30, 2014
4  and is unable to take part in a telephonic status conference on that date;
5     WHEREAS, the parties have conferred and agreed that they can both take part in a
6  telephonic status conference on February 13, 2014, at 2:30 pm.
7     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
8  of record, that the Case Management Conference shall be rescheduled for **February 13, 2014, at**
9  **2:30 pm**.

10

Dated:   January 17, 2014                    QUINN EMANUEL URQUHART
11                                              & SULLIVAN LLP

12                                           By:   */s/ Karin Kramer*
                                                 Attorneys for Defendant Pfizer Inc.
13

14                                           LOPEZ MCHUGH LLP

15                                           By:   */s/ Matthew Ramon Lopez*
                                                 Attorneys for Plaintiff Renee H. Moody
16

17

18

19

20     I, Karin Kramer, am the ECF User whose ID and password are being used to file this
21  Stipulation and [Proposed] Order Continuing Case Management Conference.   In compliance with
22  Civil L.R. 5-1(i)(3), I hereby attest that attorney Matthew Ramon Lopez has concurred in this filing.

23

24

25

26

27

28

03482.62804/5711255.1
-2-
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1                                           [PROPOSED] **ORDER**

2         The Telephonic Case Management Conference in the above-captioned matter is now set for

3 **February 13, 2014, at 2:30 pm**.   Plaintiff shall be responsible for filing the Joint Case

4 Management Conference Statement by **February 6, 2014**, and for arranging the conference call; all

5 parties shall be on the line and shall call (510) 637-3559.

6         IT IS SO ORDERED.

9 Dated:  January 30 , 2014

                                                  HON. SANDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE