UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RENEE H. MOODY,<br><br>           Plaintiff,<br><br>      vs.<br><br>PFIZER, INC.; et al.,<br><br>           Defendants. | Case No:  C 13-4760 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  The parties have failed to file a Joint Case Management Conference Statement by February 6, 2014, in anticipation of the Case Management Conference scheduled for February 13, 2014.  Accordingly,

  IT IS HEREBY ORDERED the telephonic Case Management Conference currently scheduled for February 13, 2014, is CONTINUED to <u>March 5, 2014 at 3:00 p.m.</u>  The parties shall file Joint Case Management Conference Statement by no later than February 17, 2014.

  IT IS SO ORDERED.

Dated: 2/10/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge